# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-12331

_____

A.R.
by and through her next friend, Susan Root,
et al.,

                                                                                        Plaintiffs,

UNITED STATES OF AMERICA,

                                                                                     Plaintiff-Appellee,

*versus*

SECRETARY OF THE AGENCY FOR HEALTH CARE ADMINISTRATION, et al.,

                                                                                      Defendants,

STATE OF FLORIDA,

2                  Order of the Court                  23-12331

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:12-cv-60460-DMM

_____

ORDER:

Appellant's motion for stay is Carried with the Case.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION