IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

———————————

No. 23-12331

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

STATE OF FLORIDA,

Defendant-Appellant

———————————

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

———————————

UNITED STATES' UNOPPOSED MOTION FOR 45-DAY EXTENSION
OF TIME IN WHICH TO FILE ITS RESPONSE

———————————

*United States v. Florida*, No. 23-12331

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Circuit Rule 26.1-1(a)(2), the United States informs the Court that the following are interested persons:

Braniff, Andrew G., counsel for the United States;

Dhillon, Harmeet K., Assistant Attorney General for the Department of Justice, Civil Rights Division;

Goldman, David N., counsel for the United States;

Osete, Jesus A., Principal Deputy Assistant Attorney General for the Department of Justice, Civil Rights Division; and

Zuckerman, Joshua R., counsel for the United States.

The Certificate of Interested Persons filed by the United States on April 8, 2025 (Doc. 67), is otherwise complete and correct.

The United States is not aware of any publicly traded company or corporation that has an interest in the outcome of the case.

s/ Joshua R. Zuckerman
JOSHUA R. ZUCKERMAN
  Attorney

Date:  June 23, 2026

C-1 of 1

For the following reasons, the United States respectfully requests a 45-day extension of time, to and including, August 13, 2026, to file its response to Florida's Petition for Rehearing En Banc.

1.  The United States' response is currently due June 29, 2026.  The United States has not previously sought an extension for this response.

2.  The United States respectfully requests a 45-day extension of time in which to file its response.  This extension is necessary because of the recent Office of Legal Counsel opinion entitled *Application of the Rehabilitation Act and Americans with Disabilities Act to State Institutionalization of Patients with Severe Mental Illness or Disabilities*, 50 Op. O.L.C. __ (June 18, 2026), *available at* https://www.justice.gov/olc/media/1446701/dl.  The opinion addresses the scope of the authority of the Department of Justice to enforce Title II of the Americans with Disabilities Act.  The Civil Rights Division is assessing the opinion and its reasoning with respect to its response in this matter and the underlying litigation and thus requests more time. *See Campaign for Accountability v. United States Department of Justice*, 155 F.4th 724, 727 (D.C. Cir. 2025) ("As a matter of custom, Executive Branch agencies treat OLC's legal conclusions as binding.").

3.  Appellant's counsel indicated that appellant does not oppose this motion.

WHEREFORE, the United States respectfully requests a 45-day extension, until August 13, 2026, to file its response to the State of Florida's Petition for Rehearing En Banc.

Respectfully submitted,

HARMEET K. DHILLON
  Assistant Attorney General

JESUS A. OSETE
  Principal Deputy Assistant
  Attorney General

s/ Joshua R. Zuckerman
ANDREW G. BRANIFF
DAVID N. GOLDMAN
JOSHUA R. ZUCKERMAN
  Attorneys
  Department of Justice
  Civil Rights Division
  Ben Franklin Station
  P.O. Box 14403
  Washington, D.C.  20044-4403
  (771) 333-0027

Date:  June 23, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 236 words. This motion complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5) and (6) because it has been prepared using Microsoft Word for Microsoft 365 in proportionally spaced 14-point Century Schoolbook typeface.

s/ Joshua R. Zuckerman
JOSHUA R. ZUCKERMAN
 Attorney

Date:  June 23, 2026