In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-12331

---

A.R.
by and through her next friend, Susan Root, et al.,

*Plaintiffs,*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SECRETARY OF THE AGENCY FOR HEALTH CARE ADMINISTRATION, et al.,

*Defendants,*

STATE OF FLORIDA,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:12-cv-60460-DMM

---

ORDER:

A judge of this Court withholds issuance of the mandate in this appeal.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION