In the

# United States Court of Appeals

## For the Eleventh Circuit

---

No. 23-12331

---

A.R.

by and through her next friend, Susan Root, et al.,

*Plaintiffs,*

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

SECRETARY OF THE AGENCY FOR HEALTH CARE ADMINISTRATION, et al.,

*Defendants,*

STATE OF FLORIDA,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:12-cv-60460-DMM

---

Before JORDAN, BRASHER, and ABUDU, Circuit Judges.

BY THE COURT:

In the light of the United States's recent filings, the Court is of the opinion that this appeal may benefit from mediation. The Court refers this appeal to the Kinnard Mediation Center.

Given the United States's changed position regarding the district court's injunction, the Court is also of the opinion that counsel representing the interests of at-risk children should be invited to participate in any mediation.

The parties are directed to contact the Kinnard Mediation Center no later than 5 days from this Order.

The State of Florida's petition for panel and en banc rehearing is STAYED pending mediation.

The United States's "Unopposed Motion to Vacate Opinion and Remand" is DENIED without prejudice pending mediation.

The parties are DIRECTED to file a joint report on the status of this appeal in 60 days.