**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

No. 23-12331

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

v.

STATE OF FLORIDA,

Defendant-Appellant.
_________________________________/

## JOINT STATUS REPORT

Pursuant to this Court's Order, the parties respectfully submit this joint report on the status of this appeal. Doc. 105 at 2.

The Court issued its opinion in this appeal on March 31, 2026. Doc. 74-1. The State of Florida filed a Petition for Rehearing En Banc on May 29, 2026. Doc. 84.

On September 15, 2026, the Court referred this appeal to mediation, suggested that counsel representing the interests of at-risk children should be invited to participate in any mediation, stayed Florida's Petition for Rehearing En Banc pending mediation, and

directed the parties to file a joint report on the status of this appeal by November 16, 2026. Doc. 105 at 2.

The parties invited Disability Rights Florida to participate in mediation. On November 2, 2026, the parties and Disability Rights Florida participated in mediation, as directed by the Court. The parties have reached an impasse.

Dated November 16, 2026.

Respectfully submitted,

/s/ *Andy Bardos*

James Uthmeier
*Attorney General*
Ryan D. Newman
*Chief Deputy Attorney General*

David M.S. Dewhirst
*Solicitor General*
Jason J. Muehlhoff
*Chief Deputy Solicitor General*
Christopher J. Baum
*Senior Deputy Solicitor General*
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399
(850) 414-3300
david.dewhirst@myfloridalegal.com
jenna.hodges@myfloridalegal.com

Andy Bardos
Florida Bar No. 822671
SHUTTS & BOWEN LLP
215 S. Monroe Street, Ste. 804
Tallahassee, Florida 32301
(850) 241-1717
abardos@shutts.com

James Timothy Moore, Jr.
Florida Bar No. 70023
Ashley H. Lukis
Florida Bar No. 106391
GRAYROBINSON, P.A.
301 S. Bronough Street, Ste. 600
Tallahassee, Florida 32301
(850) 577-9090
tim.moore@gray-robinson.com
ashley.lukis@gray-robinson.com

*Attorneys for Appellant, the State of Florida*

/s/ *Andrew G. Braniff*

ANDREW G. BRANIFF
DAVID N. GOLDMAN
MEREDITH L. BAKER
Attorneys
Department of Justice
Civil Rights Division
Appellate Section
Ben Franklin Station
P.O. Box 14403
Washington, D.C. 20044-4403
(202) 532-3803

*Attorneys for Appellee, the United States of America*